UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS : **ORDER CLOSING CASE**
PENSION FUND, WELFARE FUND, ANNUITY :
FUND, AND APPRENTICESHIP, : 17 Civ. 8204 (AKH)
JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND, et al., :
 :
                        Plaintiffs, :
   v. :
 :
INFINITY MANAGEMENT :
CORPORATION, et al., :
 :
                        Defendants. :
 :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Judgment having been entered, the case should be marked closed.

        SO ORDERED.

Dated:      October 3, 2022               /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                            United States District Judge